## (September 27, 1983)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANN JENKINS, Appellant. — Judgment, Supreme Court, New York County (Harold J. Roth-

wax, J.), rendered on March 11, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Carro, J. P., Fein, Milonas, Kassal and Alexander, JJ.